**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, ex rel. MICHAEL B. WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>COALINGA STATE HOSPITAL, DR. RICHARD MAY, *et al.*,<br><br>Defendants. | Case No. 1:09-cv-1892-OWW-DLB<br><br>**ORDER**<br><br>**[UNDER SEAL]** |

The Court, having reviewed the United States' Notice of Election to Decline Intervention and Suggestion of Dismissal, any opposition thereto, the Court files, and finding good cause therefor, hereby ORDERS, ADJUDGES AND DECREES as follows:

1. This action is DISMISSED WITHOUT PREJUDICE as to the United States;

2. The Complaint, the United States' Notice of Election to Decline Intervention and Suggestion of Dismissal, and this Order are hereby UNSEALED.

Dated: July 15, 2010                    /s/ OLIVER W.WANGER
                                        UNITED STATES DISTRICT JUDGE

4

DECL. OF KENDALL J. NEWMAN IN SUPPORT OF THE UNITED STATES' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THIS QUI TAM MATTER