UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
MICHAEL B. WILLIAMS AND        )
STATE OF CALIFORNIA,           )    1:09-CV-01892 OWW SKO
                               )
                               )
            Plaintiffs,        )
                               )    ORDER GRANTING PLAINTIFF'S
      v.                       )    MOTION FOR DISMISSAL OF
                               )    COMPLAINT WITHOUT PREJUDICE
COALINGA STATE HOSPITAL AND    )
DR. RICHARD MAY.               )
                               )
                               )
            Defendants.        )
                               )
                               )
```

     Plaintiff's Motion to Withdraw or to Dismiss Complaint filed September 17, 2010 is GRANTED,

     IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 27, 2010**               **/s/ Oliver W. Wanger**
                                                                        UNITED STATES DISTRICT JUDGE